**Order entered October 28, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01501-CR
### No. 05-19-01502-CR
### No. 05-19-01503-CR

### JABRICE DAVAN ORTEGA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 401st Judicial District Court
### Collin County, Texas
### Trial Court Cause Nos. 401-80783-2018 Cts. I, II & III

### ORDER

Before the Court is appellant's October 26, 2020 final motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief received with the motion filed as of the date of this order.

/s/    BILL PEDERSEN, III
        JUSTICE